IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

UNITED STATES OF AMERICA,

                                                                 CR 10-54-M-DWM

            Plaintiff,

vs.

                                                                  ORDER

CALEB ALLEN ROOT,

            Defendant.

_____

      In accordance with 18 U.S.C. § 3142(f)(1) a detention hearing was held in this matter on December 2, 2010. Having considered the evidence presented, the Court finds that the government did not sustain its burden of proof in establishing that no set of conditions can be imposed upon the Defendant's release that will reasonably assure the appearance of the Defendant at future proceedings and the safety of any other person or the community. The Court further finds that numerous conditions must be imposed upon the Defendant's release to reasonably assure his appearance and the safety of the community. The conditions to be imposed shall include house arrest (along with electronic monitoring) except for

1

employment and other limited purposes that must be approved in advance by the pretrial services officer in charge of supervising the Defendant, Officer Todd McLean.

The Defendant **shall not** be released until such time as the Montana State Probation Officer charged with supervision of the Defendant on state charges has a system of electronic monitoring in place at the Defendant's residence that is approved by Officer McLean.  At the time the electronic monitoring is in place, the Court shall, by separate order, set forth all of the specific conditions of release.

DATED this 3rd day of December, 2010.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge